# Notice of Assignment to Court of Appeals

To: The Clerk of the Court Of Appeals for the First Supreme Judicial District Criminal Appeal

March 11, 2015

<span style="color:red">01-15-0229-CR</span>

Cause Number: MD-0348748

The State of Texas

vs

IRVIN ALEXANDER FLORES

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/11/2015 4:26:10 PM
CHRISTOPHER A. PRINE
Clerk

Honorable Barbara Roberts, Presiding Judge
Jose Mejia, Court Coordinator
Jana Fowler, Court Reporter

**Attorney of Record:**
Name: Joseph Kelly, Lead Attorney for Appellant
Address: 2211 Norfolk Ste 600
Houston, Tx 77098
Telephone Number: 713-498-3767

Name: Katerine Peterson, Lead Attorney for Appellee
Address: Jack Roady, Criminal District Attorney, 600 59th Street, Suite 1001 Galveston, Texas 77551
Telephone Number: (409) 766-2373

Date of Judgment: February 18, 2015

Nature of Action: Assault Causes Bodily Injury

Disposition of Case: Finding of Guilty

Jury trial: Yes

Appeals consolidated under this cause: None

Companion cases (if known): None

Amount of Appeal Bond: $ 2500.00 Dollars Cash or Property

Notice of Appeal Filed: February 25, 2015

Appeal Bond Filed on: March 10, 0215

Appellant Confined: N/A          Date: N/A

**Punishment Assessed:**

Fine: $250.00; Jail Confinement: 365days confinement probated for 12 Months in the Galveston County Jail and all Court Costs incurred.

Trial Counsel was: Charles Kaufmann, Attorney at Law

Dwight D. Sullivan, County Clerk
County Court at Law No. 2
Galveston County, Texas

By: /s/Celeste Huffstetler Deputy
Celeste Huffstetler